# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1158**
**KA 14-00258**
PRESENT: CARNI, J.P., LINDLEY, DEJOSEPH, CURRAN, AND TROUTMAN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                    MEMORANDUM AND ORDER

TAKIEME JACKSON, DEFENDANT-APPELLANT.

---

FRANK H. HISCOCK LEGAL AID SOCIETY, SYRACUSE (EVAN HANNAY OF COUNSEL), FOR DEFENDANT-APPELLANT.

WILLIAM J. FITZPATRICK, DISTRICT ATTORNEY, SYRACUSE (JAMES P. MAXWELL OF COUNSEL), FOR RESPONDENT.

---

Appeal from a judgment of the Onondaga County Court (Anthony F. Aloi, J.), rendered January 6, 2014. The judgment convicted defendant, upon his plea of guilty, of robbery in the second degree (four counts).

It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.

Memorandum: On appeal from a judgment convicting him upon a plea of guilty of four counts of robbery in the second degree (Penal Law § 160.10 [1], [2] [b]), defendant contends only that the sentence is unduly harsh and severe. We reject that contention. We note, however, that the certificate of conviction incorrectly reflects that defendant was convicted on January 6, 2013, and it must therefore be amended to reflect that he was convicted on January 6, 2014 (*see People v Saxton*, 32 AD3d 1286, 1286-1287).

Entered:  December 23, 2016                    Frances E. Cafarell
                                               Clerk of the Court